FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2012
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 09-894-GAF

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>    v.<br>Lawrence Barnett<br>      Defendant. | ORDER OF DETENTION AFTER<br>HEARING (Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( ✓ )  the appearance of defendant as required; and/or

    (B)  ( ✓ )  the safety of any person or the community.

//

//

The court concludes:

A. ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
_he can remain crime free_

(B) (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
_he can abide by court orders_

IT IS ORDERED that defendant be detained.

DATED: 7/23/12

/s/ _____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE